IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RECEIVED
JAN 03 2025
US DISTRICT COURT
MID DIST TENN

Gregory Ryan Webb )
Plaintiff(s), )
) Case Number _____
v. )
) Judge _____
TN Unemployent, Josh Tollett )
Masonry Defendant(s). ) Magistrate Judge _____

_____Motion_____
(Type of Pleading)

I'm pro se attempting to file complaint form pauperis. Under LR4.01(C); If 42 U.S. 1983 is approved I'm requesting Clerk to return blank summons. If not approved, that's this Courts discreation.

Respectfully Submitted,
Gregory Ryan Webb
c/o 329 E. Tanner
c/o Waverly, IL 62692
865-297-6641
ryan19oo23@gmail.com

# USPS PRIORITY MAIL



0001323917  DEC 26 2024.

**PRIORITY MAIL**

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

RECEIVED
JAN 03 2025
US DISTRICT COURT
MID DIST TENN

FROM: Gregory Ryan Webb
c/o 329 E. Tanner
c/o Waverly, IL
62692

TO: U.S.D.C. Clerk
719 Church St.
Nashville, TN 37203

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

Label 228, December 2023  FOR DOMESTIC AND INTERNATIONAL USE



USPS TRACKING #
9114 9022 0078 9032 0099 76

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 4 lbs.