# UNITED STATES DISTRICT COURT
for the

Gregory Ryan Webb
*Plaintiff/Petitioner*

v.

TN Unemployment, Josh Tollett Masonry
*Defendant/Respondent*

Civil Action No. _____

RECEIVED
JAN 03 2025
US DISTRICT COURT
MID DIST TENN

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: *Gregory Ryan Webb*

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 12/21/2024

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ less than 1000 | $ | $ less than 1000 | $ |
| Income from real property (*such as rental income*) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |

| Income source | Amount (you) | | Amount (spouse) | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ / | $ 0 | $ / |
| Unemployment payments | $ 0 | $ / | $ 0 | $ / |
| Public-assistance (such as welfare) | $ 0 | $ / | $ 0 | $ / |
| Other (specify): Received $1500 EBT - gave $1100 to my Aunt Uncle for 3 months litigation using their room | $ 400 | $ one time | $ 0 | $ / |
| Total monthly income: | $ less than 1000 | $ 0.00 | $ less than 1000 | $ 0.00 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Self/Freelance | Illinois/Tennessee | 2023-2024 | $ I don't know |
| litigation | / | 2022-2024 | $ less than 1000 month |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ less than $20

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Cash App | online | $ less than $1 | $ N/A |
| Venmo | online | $ less than $1 | $ / |
| N/A | N/A | $ | $ / |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | | |
|---|---|---|
| Home *(Value)* | Stolen/fake trial/Mortgage fraud/ | $ 0 |
| Other real estate *(Value)* | None | $ 0 |
| Motor vehicle #1 *(Value)* | less than $1000/Vandalized | $ less than 1000 owe $32,000 |
| Make and year: | 2018 F-150 | |
| Model: | Ford F-150 | |
| Registration #: | | |
| Motor vehicle #2 *(Value)* | less than 1000/drivetrain issues | $ less than 1000 needs tie rod, motor mount, transmission mount, rocker arm |
| Make and year: | 2006 Charger | |
| Model: | Dodge Charger | |
| Registration #: | | |
| Other assets *(Value)* | N/A | $ |
| Other assets *(Value)* | Tradesman Tools | $ less than 500 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | $ 0 | $ N/A |
| 0 | $ 0 | $ |
| 0 | $ 0 | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Kidnapped Son MRW | Son | 15 |
| | | |
| | | |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ☐ Yes ☒ No *Stolen*<br>Is property insurance included? ☐ Yes ☒ No | $ 0 | $ N/A |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* pay w/ my labor | $ 0 | $ |
| Home maintenance *(repairs and upkeep)* Stolen by abuser | $ | $ |
| Food | $ 350ish | $ |
| Clothing | $ 10 ish | $ |
| Laundry and dry-cleaning | $ 50 ish | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation *(not including motor vehicle payments)* | $ 450 ish | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ 0 | $ |
| Life: N/A | $ 0 | $ |
| Health: N/A | $ 0 | $ |
| Motor vehicle: $230 doubled due to sabotage | $ 230 | $ |
| Other: N/A | $ 0 | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments  *I let all debt go to conspiracy Excessive Force Malicious Prosecution* | | |
| Motor vehicle: | $ 630 | $ |
| Credit card *(name)*: | $ 0 | $ |
| Department store *(name)*: | $ 0 | $ |
| Other: | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |

| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ fuel/450ish | $ N/A |
|---|---|---|
| Other *(specify)*: Litigation takes all after food, & smoke cigarettes. NO DRUGS! NO ALCOHOL! No Entertainment | $ | $ |
| Total monthly expenses: | $ 2000ish 0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☒ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ☐ Yes ☐ No   litigation prose. My son's kidnapped.
    If yes, how much? $ 0     I'm failing

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.
    My attorney Ivy Mayberry and Kevin Bryant are Architects to conspiracy that's not ending in which I'm the Victim

12. Identify the city and state of your legal residence.

    Your daytime phone number: 865-297-6641
    Your age: 46   Your years of schooling: 2-plus.

Gregory Ryan Webb

I'm sorry, it's just not ending!



# PRIORITY® MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

\* Domestic only

**USPS TRACKING #**

9114 9022 0078 9032 0099 76

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

RECEIVED
JAN 03 2025
US DISTRICT COURT
MID DIST TENN

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

0001323917   DEC 26 2024

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Gregory Ryan Webb
c/o 329 E. Tanner
c/o Waverly, IL
62692

TO: U.S. D.C. Clerk
719 Church St.
Nashville, TN 37203

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

\* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.