IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RECEIVED JAN 29 2025 US DISTRICT COURT MID DIST TENN

Gregory Ryan Webb )
Plaintiff(s), )
) Case Number 3:25-cv-00020
v. )
) Judge Waverly D. Crenshaw
Joshua Tollett Masonry )
Defendant(s), ) Magistrate Judge Frensley
TN Unemployment

**Motion For Temporary Restraining Order**
(Type of Pleading)

I'm pro se. I've filed Motion For Preliminary Injunctive Relief to this case and mailed to the defendants.

Proving my fact based allegations of Kidnapping(s) have been obstructed at no end. I'm suffering kidnapping of my 12yr old son and myself during 2021 timeline.

I'm requesting TRO to the below named in which my request(s) are not frivolous.

In the attached I'm requesting TRO as stated in which extraordinary circumstances have come "to light" in regard to Kidnapping(s) and a Judges death. Therefore, an election conspiracy should allow TRO to stay extended pending outcome of my fact based allegations.

Under LR65.01(a) this Motion is seperate from verified complaint(s)

Under LR65.01(b) I've attached affidavit and/or verified complaint, and memorandum of Tennessee Civil Procedure Rule

Under LR65.01(c) Fed. R. Civ. P. 65 I'm pro se; (Under Rule 65(a)) I state the below:

Under LR37.01(a) I attempted to serve Ms. Jessica Danielle Hill or Kimberly Jenkins paperwork in regard to "Good Faith Attempt At Resolution" in which I failed without incident during May of 2024 confirmed by Ms. Hill

Under 42 U.S. 1983 Ms. Hill refused or other, true copies of filing(s). See attached
   In which the 42 U.S. 1983's also included Mrs. Kimberly Jenkins in which Mrs. Jenkins is aware, and co-worker to Ms. Hill in which both were or are able to track my phone or truck.
   The 42 U.S. 1983(s) filing(s) held Request(s) for Injunctive Relief

Under LR65.01(c) Rule 65 for Fed. R. Civ. P. 65 (b) I believe (1)(A) and (1)(B) I're stated above under Rule 65(a)

Under LR 65.01 (d) I've previously contacted the Clerk and this Court in regard to TRO.

In regard to Duration, I'm living some extra-ordinary circumstances in which:

A. My mail has been tampered/stolen in which Ms. Hill are possibly close friends (see attached affidavit).

B. Burglaries and Vandalism(s) to my truck occurred at Ms. Hill's property I was both welcomed and demanded.

C. Conspiracy(s) and Fraud(s) to the Court(s) including obstruction to late 2021 and 2022 timeline(s) have occurred against me by Ms. Hill and her co-worker(s) that include Mrs. Jenkins.

D. Obstruction(s) and Conspiracy(s) to prevent me appearing competent and of "soundmind" or believable has been secretly edited against me without defense.

E. Obstruction(s) to my fact based allegations of Kidnapping(s) have somehow been ignored due to violations of Privacy by Ms. Hill and Mrs. Jenkins

F. Obstruction(s), Conspiracy(s), and manipulation has occurred to prevent my allegations of Republican sitting Judge both entrapped and stressed

F. (Continued) due to previous officer of court or Ivy Mayberry purposely and immediately "intimidating" Judge with filed complaint to Board of Judicial Conduct.

Therefore,

I'm requesting TRO against <u>Kimberly Jenkins</u> who's Ms. Hill's co-worker and was participating against me in effort(s) to obstruct and contribute to denying me equal protection.

Respectfully Submitted,

Gregory Ryan Webb

c/o Gregory Ryan Webb
329 E. Tanner
Waverly, IL 62692

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) 42 U.S. 1983 Injunctive Relief
has been served on: TRO Requests - Kim Jenkins, Josh Tollett, Jessica Hill

(Name) U.S.D.C./Clerk
(Address) 719 Church Street
(Address) Nashville, TN 37203

(Name) Josh Tollett Masonry
(Address) 1057 S. Main Street
(Address) Crossville, TN 38555

(Name) TN Unemployment (Legal)
(Address) 220 French Landing Drive
(Address) Nashville, TN 37243

Statement of Fact to Board of Professional Responsibility Through Motion

on the 21st day of January, 2025.

Gregory Ryan Webb
Signature

c/o Gregory Ryan Webb
329 E. Tanner
Waverly, IL 62692



RECEIVED
JAN 29 2025
US DISTRICT COURT
MID DIST TENN

U.S.D.C./Clerk
719 Church Street
Nashville, TN ~~37203~~
37203