IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT, TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **GREGORY RYAN WEBB,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | Case No.: 3:25-cv-00020 |
| v. ) | |
| ) | |
| **TN EMPLOYMENT and** ) | Judge Waverly D. Crenshaw, Jr. |
| **JOSH TOLLETT MASONRY,** ) | |
| ) | Magistrate Judge Chip Frensley |
|    **Defendants.** ) | |

## NOTICE OF APPEARANCE

Notice is hereby given of the appearance of Peter Robison of the law firm of Lewis Thomason, P.C. as counsel for Defendants Josh Tollett Masonry in the above-styled case. This Notice is given without waiving any objection regarding service or the jurisdiction of this Court and preserving all rights to file motions or otherwise. The clerk is requested to direct all mailings in this case to Peter Robison.

Respectfully submitted:

*s/ Peter Robison*_____
LEWIS THOMASON, P.C.
Peter C. Robison, BPR #27498
424 Church Street, Suite 2500
Nashville, TN 37219
Phone: 615-259-1343
probison@lewisthomason.com

*Attorney for Defendant Josh Tollett Masonry*

1

## CERTIFICATE OF SERVICE

  I hereby certify that on the 28th day of February 2025, a copy of the foregoing Notice of Appearance was filed electronically. The following parties will be served by regular U.S. mail. Parties may also access this filing through the Court's electronic filing system.

  Gregory Ryan Webb
  329 East Tanner
  Waverly, IL 62692

                */s/ Peter Robison*
                Peter Robison