IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RECEIVED MAR 12 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Gregory Ryan Webb
Plaintiff(s),

v.

TN Unemployment
Defendant(s). Tollett Masonry

Case Number: 3:25-cv-00020
Judge: Waverly D. Crenshaw Jr.
Magistrate Judge: Alistair Newborn

Motion
(Type of Pleading)

Although pre-mature, possibly better requested under different rule and/or circumstances, I'm pro se. Under LR 37.01(a) I'm requesting immediate vacation pay I never received from Josh Tollett Masonry. This "good faith" in part could and/or would be considered a showing in which what I've "named," or will be "naming" supercedes anything I've ever did during my entire life.

I am currently in litigation or about to litigate in relation to LR 4.01 for this case and related.

I'm requesting the vacation pay to be over-nighted through U.S.P.S. to the address attached.

Respectfully Submitted, Gregory Ryan Webb

from introducing certain evidence.

## Purpose of Rule 37

The rule's purpose is to encourage cooperation and transparency in the discovery process, while also protecting against abuse.

### Rule 37-Failure to Make or Cooperate in Discovery

Rule 37-Failure to Make or Cooperate in Discovery: Sanctions. FEDERAL...

U.S. District Court - Norther...

_Gregory Ryan Webb_
(Signature)

_Gregory Ryan Webb_
(Print Name)

_c/o 329 E. Tanner_
_Waverly, IL_
_865-297-6641_
(Address & Telephone Number, if any)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) **Motion** has been served on:

(Name) Peter Robison
(Address) 424 Church Street, Suite 2500
(Address) Nashville, TN 37219

(Name) U.S.D.C. Clerk
(Address) 719 Church St.
(Address) Nashville, TN 37203

(Name) probison@lewisthomason.com
(Address)
(Address)

on the 6 day of March, 2025.

*Gregory Ryan Webb*
Signature

3:25-cv-00020

c/o Gregory Ryan Webb
329 E. Tanner
Waverly, IL 62692

RECEIVED
MAR 12 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

United States District Court Clerk
719 Church Street
Nashville, TN 37203