To The Clerk,

Please dispose of attached if it's not documented for future/current discovery.

Respectfully,
Gregory Ryan Webb

RECEIVED
MAR 12 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

c/o Gregory Ryan Webb
329 E. Tanner
Waverly, IL 62692

RECEIVED
MAR 12 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

United States District Court Clerk
719 Church Street
Nashville, TN 37203