IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Gregory Ryan Webb
Plaintiff(s),

v.

TN Unemployment, Joshua Tollett Masonry
Defendant(s).

Case Number: 3:25-cv-00020
Judge: Waverly D. Crenshaw, Jr.
Magistrate Judge: Jeffery S. Frensley

## Motion To Amend
(Type of Pleading)

I'm pro se. I've attached Amended 42 U.S. 1983. Under LR15.01(a)(1), I've had to study timelines, I described more detailed reasons for the Amended 42 U.S. 1983 focusing on the violations this Court should consider, in which I've attached the amended pleading.

Under LR15.01(a)(2), opposing counsel has not yet been properly served.

Under LR15.01(b) I've attached the entirety of the pleading as a new whole.

I'm requesting this Court to accept this amended pleading.

Respectfully Submitted,
Gregory Ryan Webb
C/o Gregory Ryan Webb, 329 E. Tanner, Waverly, IL 62692

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) Motion To Amend, 42 U.S. 1983 Motion To Serve Summons "packet" has been served on:

(Name) U.S.D.C. Clerk/Court
(Address) 719 Church Street
(Address) Nashville, TN 37203

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

(Name)
(Address)
(Address)

on the 27th day of March, 2025.

Gregory Ryan Webb
Signature

3:25-cv-00020

c/o Gregory Ryan Webb ~~Esq.~~
329 E. Tanner
Waverly, IL 62692

RECEIVED
APR 02 2025
US DISTRICT COURT
MID DIST TENN

3:25-cv-00020 United States District Court
719 Church Street
Nashville, TN 37203

# UNITED STATES POSTAL SERVICE®

F

US POSTAGE PITNEY BOWES
ZIP 62692
0001 323917   $010.10
MAR 29 2025

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL USE

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9588 8710 9529 0049 0231 26

RECEIVED
APR 02 2025
US DISTRICT COURT
MID DIST TENN

## TRACKED ▪ INSURED



PS00000133100

EP14 July 2022
OD: 15 x 11.625

---

**FROM:**

UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

FROM: C/o Gregory Ryan Webb
329 E. Tanner
Waverly, IL 62692

TO: U.S.D.C. Clerk
719 Church St.
Nashville, TN 37203

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE