RECEIVED

APR 02 2025

US DISTRICT COURT
MID DIST TENN

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

_Gregory Ryan Webb_
    Plaintiff(s),

v.

_TN Unemployment, Josh Tollett_ )
_Masonry_
    Defendant(s).

Case Number _3:25-cv-00020_

Judge _Waverly D. Crenshaw_

Magistrate Judge _Jeffery S. Frensley_

## _Amended 42 U.S. 1983_
(Type of Pleading)

_page 1_

I'm pro se. I was laid off from Josh Tollett Masonry during October, 2022 and not given appropriate reason. On 09/16/21 my 12 yr old son was kidnapped per fact. On 09/16/21 a conspiracy to obstruct or "cover up" a kidnapping began. During 09/17/21 a "fake"/"staged" domestic occurred against me. I was kidnapped to incarceration and my 12 yr old son was kidnapped again. The owner of Josh Tollett masonry is Josh Tollett. Josh Tollett is family relation to both my previous Attorney, Ivy Jo Gardner Mayberry, and Deputy Alverez, who's the female arresting officer that helped execute excessive force against me. Josh Tollett knew about some of my evidence before the unlawful removal from my home, that includes a short video of my ex-wifes

threats after telling my ex-wife I was cutting off the direct deposit. I informed and showed the video to Mr. Tollett plus others at Josh Tollett Masonry or "JTM", in regards to Ms. Webb's threats after cutting off the direct deposit. I informed them because I knew Ms. Webb would cause me problems at work as she's did before in which I informed Mr. Tollett of this fact that was somehow used in this "Lunatic Ball" against me. After my previous Attorney, Mrs. Mayberry, committed fraud to a "fake" contract and helped in conspiracy to kidnap my 12yr old son in conspiracy to excessive force against me. I temporarily paid my sisters $100 per week to sleep on their couch. While sleeping on "the couch" at my sisters on Grandview Mountain, I notified both Mrs. Mayberry, and Josh Tollett on different occasions that I don't want to be staying on the Mountain in the specific area surrounding my sisters home. As my circumstances become worse I notified Mr. Tollett or JTM I would have to persue work with an employer who offered a motel room and per diem due to my circumstances not being immediately connected

JTM and myself negotiated a place for me to stay along side two other employee's that was in between Dayton and Chattanooga, TN while I worked at Lakeside School restoration and new construction. My job become sabataged at no end. I was blamed in secret for acts I wasn't allowed to defend myself on. A plumbers helper was one of the problems on the job in which he was purposely laid off to "erase" him from the job, and the thefts he was suspected of. I caught the plumber helper more than once in which I manipulated my Dewalt drill back he stole, along with me accusing him of what he was doing. I also returned co-workers and JTM items the plumbers helper attempted to steal without telling anyone they were stolen and retrieved without noticing they were stolen. My scopes for my job were prevented at no end due to other contractors not completing their job scopes. I performed other contractors or tradesman(s) job scope's so I could complete my own. Other contractors/tradesman paid me in various ways I confronted after I learned I was being set up for failure. The female and strictly professional principal often checked on me during late evenings while I was working. That

Same female principle professionally welcomed
me and my presence that included late hours.
The tradesman and other contractors became aware
of my circumstances including corruption, my son
Kidnapped, and unlawful removal from my home,
through excessive force by Female Deputy
Alverez and her Sgt. who's also familly relation
to Mr. Tollett. I became friends with the other
tradesman that included the roofers from South
Carolina. The roofers who stayed late and/or
over-night noticed individuals during different
timelines in which those stalkers were attempting
to "document me for failure" to help erase
a 2021 timeline that included Kidnapping(s)
and an entrapped sitting Judge during election
conspiracy. The roofers helped me manipulate
the "stalkers" into going away. The contractor
was then somehow participating against me on
that Chattanooga Job. Some "game" was
created with focus against me to erase 2021
timeline that includes attempted theft of my
home, election conspiracy, and Kidnapping(s)
before an entrapped sitting Judge passed
away after known complaint was manipulated

against him through me. Knowing Ivy Mayberry was
Mr. Tolletts cousin I attempted to speed up the
"fixing" of my circumstances, so I took a USB
with a lot of evidence and dropped off to
JTM's project manager, Dalton Nash. The U.S.B.
was returned to me by Mrs. Tollett along with
my payroll stubs in which Mrs. Tollett politely,
but aggressively handed me the U.S.B. back
and stated, "we want nothing to do with." I
was scheduled for a Rough Terrain Fork Lift
re-certification in which I was taken off the
list at "last minute" or the day before, in which
I confronted, "why?". Mr. Tollett, representing,
JTM called me back after notification of class
canceled for me. I'm stating in my own words,
but Mr. Tollett basically told me my future with
his company wasn't looking good after me,
talking about getting FBI involved due to my
circumstances. I was discriminated against
after continuing to be harassed, attempts to
intimidate, and the woman, (Jessica Danielle)
Hill I date after legal separation had sexual
affairs with person(s) obstructing the 2021
timeline.

The relationships Ms. Hill opened herself up to were manipulation to "get to me", and destroy evidence, in which I're named Felony Murder Indictment(s) available, in regards to an entrapped Republican sitting Judge during election conspiracy, Ms. Hill was paid, received favors, and engaged in sexual acts that includes religious manipulation and characters out of Cumberland County, TN that includes Mr. Tollett. Mr. Tollett spent time with Ms. Hill paying himself through JTM. Ms. Hill welcomed this manipulation I caught in which I warned her mother. Ms. Hill was/is to naive to then realize, she was used to obstruct an extremely serious timeline in which I knew Ms. Hill could be in danger. Instead of telling on herself and others after I confronted Ms. Hill more than once, Ms. Hill wouldn't accept she was used like a piece of meat and started helping the obstruction against me. Mr. Tollett convinced Ms. Hill to obstruct a timeline of 2021 once he realized his participation. The "fingers" were pointed at me to take the attention off of Kidnapping(s), my evidence, the attempted theft of my home, and election conspiracy

I received scrap metal and other materials from other
tradesman who paid me through left over or trash
material in which my foreman for "JTM" witnessed.
"Skeeter" stayed late with me a couple days
after we took ourselves off the clock in which
I sped up other trademans job scopes so that
we would have work on our own job scopes the
next day. I later paid cash to "Skeeter" for
payment I received from the trash/scrap metal
I received as payment for helping. Mr. Tollett
wasn't aware of wrong(s) in the beginning or
during 2021 Ivy Mayberry and Kevin Bryant
conspired in. Mr. Tollett was somehow manipulated
into Ivy Mayberry's scheme(s) but during mid
2022 I explained enough to Mr. Tollett and/or
JTM for him to know he was manipulated into
conspiracy in which Mr. Tollett didn't report
these crimes against me as he should have,
do to his involvement. Instead, Ms. Hill was
manipulated and somehow paid to shut her mouth
that includes blackmail of a secret "habit" Ms.
Hill also kept hid from me. I also delivered
a 55 gallon barrel full of copper/trash/scrap to
JTM's equipment yard in Crossville, TN.

A third pressure washer that was stolen from the
job in which JTM and/or Mr. Tollett agreed
with me it was stolen, I later saw at JTM
garage bay area through the window(s) in which
I learned it wasn't stolen. I have recordings
and 100's of pictures of gifted materials and
trash scrap that includes materials non-returnable
due to wrong size ordered. Tradesman on the
job somewhat knew my circumstances and helped
me in which I was preparing or dreaming of
building a home to get my son. JTM employee
who's another foreman admitted to stalking me
from the treeline. Another incident of unknown
person stalking me from treeline resulted in me
and roofers "setting up" that person that ended
up being two men in a grey/silver van attempting
to entrap and/or record me. The same guy(s)
were stalking me more than a few times I
noticed in which I manipulated them gone.
Another incident of a man who fell asleep in the
tree-line occurred. His shoes were "tactical"
style boot/shoes in which I walked up barefoot
and tied his shoe-strings together while, I
witnessed him sleeping on his stomach on the ground

The stalking, thefts against me, and numerous attempts to entrap me were extremely obvious and aggravating me. Firearm shots were fired three different times in which two incidents were to scare me, in my opinion. One of the three incidents were real. My expensive tools that included cut off saw and hammer drill were stolen during incident I wasn't on the job and was at confirmed location 1½ hr away. JTM's items that were stolen were covered by insurance in which my items were not. Missing body camera footage was manipulated making whomever believe my ex-wife was wearing body cam during a "staged/fake" domestic occurring against me as an act of control. Ms. Webb or my ex-wife was not wearing body-cam because Ms. Webb lied at every hearing and trial in which Ms. Webb holds judicial notice for felonies against me that include aggravated perjury by Tennessee Supreme Court Appellate Judge. Mr. Tollett attempted to get me to admit to a domestic on the jobsite when I built a bull-nose corner leading into the gym/kitchen hallway. The attempt was "staged" to prevent accountability and liability

Mr. Tollett and JTM realized a conspiracy against me in which a "game" was manipulated and pushed upon me in which I kept rejecting. I attempted to manipulate myself to another job for JTM in which the following week I was terminated without reason. I was subjected to financial ruin after I kept leaving the job before termination and cutting myself off the clock. I learned my truck and phone was in-part tracked so I would park at various places and leave the truck and phone behind. I was being sabotaged in endless attempts to entrap without defense while suffering kidnappings. I was purposely being extended to cover up a real election conspiracy. I filed for unemployment numerous times in which my attempts were somehow erased. I was purposely being placed in a financial hardship at no end. I went to Crossville, TN Jobs Center to get my user name and password changed in which that employee wrote the new username and password during late 2022-ish. I used that username and password to apply for unemployment during late 2022 and/or early 2023. I wasn't allowed to apply. All my documented attempts

somehow disappeared from the "system". I
was then subjected to two "fake" or "staged"
trials that includes a six month incarceration
and conviction due to Ms. Webb's "fake/staged"
misdemeanor domestic in which Ms. Webb's the
abuser still allowed to prevail to obstruct
tampering w/evidence, conspiracy(s) against me,
and to erase 2021 timeline. Upon release
from incarcerated loss of liberty I attempted
to file for the unemployment again. I kept
stating that, "they can't hide my attempts to
file due to the hard-drives". I then learned
from the Dayton, TN jobs center that the
Tennessee unemployment system was completely
replaced or "overhauled" with a new system.
After release from 2023 incarceration I
also stopped at JTM in Crossville, TN seeking
work. Mr. Tollett responded and stated he
wouldn't work me, I told Mr. Tollett I would
be seeking un-employment in which Mr. Tollett
stated he would contest it.
   When I dropped the U.S.B. off to Dalton Nash at
JTM with evidence that may be on his computer
at JTM I told Dalton Nash on questioned him

"Have you ever seen a real conspiracy?", in which I handed him the U.S.B. during early 2022. The same U.S.B. Mrs. Tollett gave back and again, she stated, "we don't want anything to do with that".

Mr. Tollett and JTM was pretending to help me in which Mr. Tollett later learned of a real conspiracy against me, and said nothing to appropriate authorities to help correct. Instead, Mr. Tollett acted as a Snake and helped turn everyone against me that includes Ms. Hill who admitted to conspiracy against me being blamed on Ms. Webb or my ex-wife. I told Ms. Hill my evidence and Ms. Webb's perjury's won't go un-noticed in which I only need help with timelines. Ms. Hill responded, "That's not how it's done.", and ignored my requests for help. Ms. Hill was instead instructed to keep me on the farm she lived, keep me busy, and get me to move forward into another home and life leaving my son behind. Ms. Hill was helping obstruct or erase 2021 timeline, and had fun doing it. Ms. Hill moved somewhere unknown in which Ms. Hill had help getting that

place, setting it up, and/or adding on to it that was in-part payment(s) to keep her mouth shut. I was illegally monitored and tracked at no end that includes thefts against me and burglaries plus vandalisms to my truck.

JTM and Mr. Josh Tollett acted through the color of state law against me to help erase a 2021 timeline of election conspiracy that includes kidnapping(s) and an entrapped sitting Judge whom died after my evidence was purposely hidden from him that should result in Conspiracy to kidnap and conspiracy to Felony Murder or accessory(s) after the fact. Mr. Tollett and JTM acted through State Actors that include Crossville City Police Dept., Cumberland County, TN Sheriff's Dept., and State of Tennessee unemployment. Mr. Tollett also acted through my previous attorney Ivy Mayberry, who's schemes were hidden once Mr. Tollett realized the illegal acts against me.

While Title VII focuses on employment discrimination, section 1983 allows claims against individuals in which Mr. Tollett was at first manipulated

into using JTM into obstructing the 2021 timeline,
I won't lie on, or against Mr. Tollett. Mr. Tollett
wasn't yet aware of Mayberry's illegal activities
but once realized, Mr. Tollett conspired in
kidnapping(s), conspired in obstruction to bring
excessive force, to "light", and again,
obstructed a 2021 timeline, to "save" his own
self and JTM. Mr. Tollett knows how the
Probate + Family court election posistion was
handed over at Cumberland County. Mr. Tollett
learned Ivy Mayberry, had the same idea but
through entrapment and/or blackmail.
After conspiracies to obstruct kidnapping, election
conspiracy, and entrapment against a judge, I
was discriminated, sabataged, and "targeted"
through JTM. I was denied my fourteenth
amendment right of equal protection to the
U.S. Constitution through JTM on purpose that
has ruined my life. JTM purposely focused on
my non-violent background making me appear
as a thief and lost cause ex-felon allowing
JTM to discriminate against me to again,
obstruct a 2021 timeline. JTM retaliated
against me. I was retaliated against violating

my first amendment right to the Constitution after:
  a) Mr. Tollett and JTM denied me attendance
     to Rough Terrain Fork Lift re-certification
     training after I expressed and verbally stated
     I was involving FBI in what illegal acts that
     have occurred and are continuing to occur
     against me.
  b) Mr. Tollett and JTM terminated my employment
     after openly expressing Ivy Maybery attempted
     to steal my home and sheriff's deputy she's
     related to helped remove me through
     excessive force from my home in which
     false use of 911 call is being hidden.
  c) Mr. Tollett and JTM attempted to help
     entrap me after I started filing 42 U.S. 1983's
     before the United States District Court at
     Nashville, TN.
  d) Mr. Tollett and JTM manipulated through
     physical and sexual attraction against Ms.
     Hill turning her against me after I
     kept telling co-workers of the illegal
     acts against me.

e) Mr. Tollett and JTM acted in conspiracy, against me, not allowing myself open defense to make me appear delusional, incompetent, and a "problem", after I kept repeating verbal statements of how a Cumberland County, TN group named in related case(s) will be losing their careers and freedom once this is all brought to "light".

f) Mr. Tollett and JTM terminated my employeement after verbally expressing some illegal "game" continuing against me, that would not end while I suffered Kidnapping(s).

Mr. Tollett and JTM acted in conspiracy against me, violating my fourth amendment right to excessive force under or to the U.S. Constitution after

A. Mr. Tollett and JTM helped entertain a "game", I was not allowed to win in which Mr. Tollett provided employment housing with two other employees and no perdiem. This effort was to push me, into moving forward in life, getting another place to live, and allowing 2024 timeline to be erased

Mr. Tollett and JTM all knew I was unlawfully removed from my home in which the continued extensions were obstructing the crimes committed against me that included Female Deputy Alverez and Ivy Mayberry who are both Josh Tolletts evil and sadistic cousins.

Josh Tollett and JTM obstructed against me. allowing endless extensions in which I was placed in some kind of religious Cult "game" and judgement I kept rejecting, in which this religious game, and judgement denied me my first amendment right to the U.S. Constitution.

Josh Tollett and JTM violated my fourth and fourteenth amendment rights to the U.S. Constitution after somehow seizing my location(s) and also tracking me then attempting to use anything possible to obstruct my due process allowing the domestic abuser to prevail in effect to obstruct and/or erase a 2021 timeline.

Tennessee Unemployment obstructed then denied
my fourteenth amendment right to equal protection
under the U.S. Constitution after I was discriminated
against and denied my right to file for
unemployment. I own a piece of paper with
the Jobs Center of Crossville, TN changing
my username and password in which that
employee placed the new username and
password in his own handwriting. The
username and password was previously in
my ex-wifes full control as she was collecting
unemployment I repeatedly attempted to cut her
off of. Tennessee Unemployment did receive
at least one of my numerous filings. I was
subjected to a conspiracy, that includes
Kidnapping(s) of my 12yr old son, election
conspiracy, and an entrapped sitting Judge
who passed away after learning of complaint
filed against him in which I'm stating Felony
Murder occurred. I was blamed for the
Judges' death which allowed a domestic abuser
to prevail against me. After I confronted
and/or mentioned my filing for unemployment,

Unemployment. I later spoke to a Jobs Center employee at Dayton, TN in which he told me the TN unemployment system was overhauled and/or replaced. The Tennessee Unemployment system has or had proof of my filings in which Obstruction purposely occurred to deny me equal protection. I also have related case(s) that include another state agency denying me state assistance I endlessly applied for and did not receive in time.

Josh Tollett, Josh Tollett Masonry, and TN unemployment agency all acted in conspiracy(s) against me in both their individual and official capacities.

Tennessee unemployment acted through color of state law and through state actor I name as the State of Tennessee.

Relief Requested: $250,000,000

Respectfully Submitted,

Gregory Ryan Webb

Gregory Ryan Webb

c/o Gregory Ryan Webb
329 E. Tanner
Waverly, IL 62692

865-297-6641
ryan190023@gmail.com

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the (pleading) *Motion To Amend, 42 U.S. 1983*
has been served on: *Motion To Serve Summons* *"packet"*

(Name)       <u>U.S.D.C. Clerk/Court</u>
(Address)    <u>719 Church Street</u>
(Address)    <u>Nashville, TN 37203</u>

(Name)       _____
(Address)    _____
(Address)    _____

(Name)       _____
(Address)    _____
(Address)    _____

(Name)       _____
(Address)    _____
(Address)    _____

(Name)       _____
(Address)    _____
(Address)    _____

(Name)       _____
(Address)    _____
(Address)    _____

(Name)       _____
(Address)    _____
(Address)    _____

(Name)       _____
(Address)    _____
(Address)    _____

(Name)       _____
(Address)    _____
(Address)    _____

on the <u>27th</u> day of <u>March</u> , 20<u>25</u>.

<u>Gregory Ryan Webb</u>
Signature

3:25-cv-00020

C/o Gregory, Ryan Web̶b̶ ̶Jr̶.
329 E. Tanner
Waverly, IL 62692

RECEIVED

APR 02 2025

US DISTRICT COURT
MID DIST TENN

3:25-cv-00020   United States District Court
               719 Church Street
               Nashville, TN 37203

*PRESS FIRMLY TO SEAL*
*PRESS FIRMLY TO SEAL*

# UNITED STATES POSTAL SERVICE ®

**F**

PRIORITY MAIL
FLAT RATE
ENVELOPE

US POSTAGE *PRIORITY BOX63*

ZIP 62692
02 7H
0801323917

$ 010.10°
MAR 29 2025

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- ☑ Limited international insurance.**
- ☑ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## MAILING ENVELOPE
### FOR DOMESTIC AND INTERNATIONAL USE

**RECEIVED**
APR 02 2025
US DISTRICT COURT
MID DIST TENN

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



UNITED STATES POSTAL SERVICE ®
USPS TRACKING #

9688 8710 9529 0049 0231 26

## TRACKED ■ INSURED



PS00000133100

EP14 July 2022
OD: 15 x 11.625

FROM:

UNITED STATES POSTAL SERVICE ®  |  PRIORITY® MAIL

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: C/o Gregory Ryan Webb
329 E. Tanner
Waverly, IL 62692

TO: U.S.D.C. Clerk
719 Church St.
Nashville, TN
37203

Label 228, December 2023        FOR DOMESTIC AND INTERNATIONAL USE

## VISIT US AT USPS.COM®
### ORDER FREE SUPPLIES ONLINE

DuPont™ Tyvek®
Protect What's Inside.™