IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RECEIVED
APR 02 2025
US DISTRICT COURT
MID DIST TENN

Gregory Ryan Webb
Plaintiff(s),

v.

Tennessee Unemployment, Josh Tallett Masonry
Defendant(s).

Case Number 3:25-cv-00020
Judge Waverly D. Crenshaw, Jr.
Magistrate Judge Jeffery S. Frensley

## Motion To Serve Summonses
(Type of Pleading)

I'm pro se. Under LR4.01(a) I've attached completed summonses and three (3) true and exact copies of 42 U.S. 1983 "packets".

I'm eligible for LR4.01(c) and am requesting this Court and/or Clerk to issue process by the Marshal.

Respectfully Submitted,
Gregory Ryan Webb
c/o Gregory Ryan Webb
329 E Tanner
Waverly, IL 62692
865-297-6641
ryan190023@gmail.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the (pleading) *Motion To Amend, 42 U.S. 1983*
has been served on: *Motion To Serve Summons* "packet"

(Name) U.S.D.C. Clerk/Court
(Address) 719 Church Street
(Address) Nashville, TN 37203

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

(Name) _____
(Address) _____
(Address) _____

on the 27th day of March, 2025.

*Gregory Ryan Webb*
Signature

3:25-cv-00020

c/o Gregory Ryan Webb
329 E. Tanner
Waverly, IL 62692

RECEIVED
APR 02 2025
US DISTRICT COURT
MID DIST TENN

3:25-cv-00020

United States District Court
719 Church Street
Nashville, TN 37203

# UNITED STATES POSTAL SERVICE®

F

US POSTAGE
ZIP 62692
$010.10
MAR 29 2025

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL USE

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



USPS TRACKING #

9589 8710 9529 0049 0231 26

RECEIVED
APR 02 2025
US DISTRICT COURT
MID DIST TENN

**TRACKED • INSURED**



PS00000133100    EP14 July 2022
                 OD: 15 x 11.625

FROM:

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL

FROM: C/o Gregory Ryan Webb
329 E. Tanner
Waverly, IL 62692

TO: U.S.D.C. Clerk
719 Church St.
Nashville, TN 37203

Label 228, December 2023    FOR DOMESTIC AND INTERNATIONAL USE

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE