# UNITED STATES DISTRICT COURT
for the

Gregory Ryan Webb
<br>*Plaintiff(s)*

v.

Civil Action No. 3:25-cv-00020

TN Unemployment, Joshua Tollett Masonry
<br>*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tennessee Dept. of Labor and Workforce Development
220 French Landing Dr.
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: c/o Gregory Ryan Webb
329 E. Tanner
Waverly, IL 62692

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Gregory Ryan Webb
_____
Plaintiff(s)

v.

TN Unemployment, Joshua Tollett
_____
Defendant(s) Masonry

Civil Action No. 3:25-cv-00020

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Peter C. Robison
424 Church St.
*2500
Nashville, TN 37219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: C/o Gregory Ryan Webb
329 E. Tanner
Waverly, IL 62692

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____           _____
                                         *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

c/o Gregory Ryan Webb ~~[redacted]~~
329 E. Tanner
Waverly, IL 62692

RECEIVED
APR 02 2025
US DISTRICT COURT
MID DIST TENN



3:25-cv-00020   United States District Court ~~[redacted]~~
719 Church Street
Nashville, TN 37203

# UNITED STATES POSTAL SERVICE®

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL USE

F



PRIORITY MAIL FLAT RATE ENVELOPE
ZIP 62692
02 7H
0001323917
$010.10
MAR 29 2025

FROM:

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL

FROM: C/o Gregory Ryan Webb
329 E. Tanner
Waverly, IL 62692

TO: U.S.D.C. Clerk
719 Church St.
Nashville, TN 37203

RECEIVED
APR 02 2025
U. DIST. COURT
MID DIS. TN


USPS.COM/PICKUP


USPS TRACKING #
9588 8710 9529 0049 0231 26

TRACKED • INSURED


PS00000133100
EP14 July 2022
OD: 15 x 11.625

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE