IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

RECEIVED
APR 02 2025
US DISTRICT COURT
MID DIST TENN

_Gregory Ryan Webb_,
Plaintiff(s),

v.

Case No. _3:25-cv-00020_

_TN Unemployment_,
_Josh Tallett Masonry_,
Defendant(s).

## BUSINESS ENTITY DISCLOSURE
(Disclosure of corporate affiliations, business entity citizenship, and financial interests)

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, _____ makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. <u>Attach separate pages as necessary to fully provide required information</u>.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

  If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

  If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

> If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

> If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

> If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

> If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: _____  Signature: _____

Printed Name: _____

Title: _____

## CERTIFICATE OF SERVICE
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

c/o Gregory Ryan Webb
329 E. Tanner
Waverly, IL 62692

RECEIVED
APR 02 2025
US DISTRICT COURT
MID DIST TENN

3:25-cv-00020 United States District Court
719 Church Street
Nashville, TN 37203

# UNITED STATES POSTAL SERVICE®

F



PRIORITY MAIL FLAT RATE ENVELOPE
ZIP 62692
02 7H
0001323917
$010.10⁰
MAR 29 2025

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

## MAILING ENVELOPE
FOR DOMESTIC AND INTERNATIONAL USE

FROM:

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: C/o Gregory Ryan Webb
329 E. Tanner
Waverly, IL 62692

RECEIVED
APR 02 2025
DIST. COURT
MID DIST. TN

TO: U.S.D.C. Clerk
719 Church St.
Nashville, TN 37203

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



USPS TRACKING #
9588 8710 9529 0049 0231 26

## TRACKED ■ INSURED



PS00000133100
EP14 July 2022
OD: 15 x 11.625

Label 228, December 2023   FOR DOMESTIC AND INTERNATIONAL USE

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE