# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Gregory Ryan Webb

        Plaintiff,

v.         Case No.: 3:25−cv−00020

TN Unemployment, et al.

        Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/27/2025 re [20].

Lynda M. Hill
s/ Kim Chastain, Deputy Clerk