UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| GREGORY RYAN WEBB, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 3:25-cv-00020 |
| TN UNEMPLOYMENT, *et al.*, | ) |
| Defendants. | ) |

## ORDER

By Memorandum Opinion and Order entered on June 26, 2025, the Court dismissed this action with prejudice for failure to state a claim upon which relief can be granted under Section 1983 as to Defendants "TN Unemployment", which the Court construed as the Tennessee Department of Labor & Workforce Development, and Joshua Tollett and Joshua Tollett Masonry. (Doc. No. 20). The Court declined to exercise supplemental jurisdiction over Plaintiff's state law tort claims and dismissed those claims without prejudice. (Id.) Judgment was entered on June 27, 2025. (Doc. No. 21).

Plaintiff has now filed an Amended Complaint. (Doc. No. 22). This case is closed, however. There is no pending complaint to amend. As noted in the Court's prior Memorandum Opinion and Order, Plaintiff may pursue his state tort claims in state court as the Court dismissed them without prejudice. The Court makes no representations as to the viability or timeliness of such claims.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE